IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LAWRENCE F. HALPERT, D.D.S.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. _____ |
| **DENTAL CARE ALLIANCE, LLC**<br>**One South School Avenue**<br>**Suite 1000**<br>**Sarasota, Florida 34237,** | *<br><br>*<br><br>* | |
| **Defendant.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

Please take notice that Defendant, Dental Care Alliance, LLC ("Defendant"), by and through its undersigned counsel, hereby removes to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1441 and 1446, the State Court action described below, and in support thereof state:

1.  On or about August 22, 2005, a civil action was commenced in the Superior Court of the State of Delaware in and for New Castle County, styled *Lawrence F. Halpert, D.D.S. v. Dental Care Alliance, LLC*, Case No. 05C-08-223 RRC.

2.  On September 19, 2005, a Summons and Complaint in the underlying State Court action were served upon the Secretary of State of the State of Delaware. On October 5, 2005, counsel for Plaintiff mailed a registered letter to Defendant which included a Summons and Complaint in the underlying State Court action. Consequently, this Notice of Removal is being timely filed by Defendant within 30 days of receipt of Plaintiff's initial pleading, as required by 28 U.S.C. § 1446(b).

3. In accordance with 28 U.S.C. § 1446(a), Defendant has attached hereto, and made a part hereof, as Exhibit A, a copy of the Complaint filed by the Plaintiff and a copy of all process, pleadings, papers and orders served on Defendant.

4. This action is a civil action in which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b), because it is a civil action between citizens of different States and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Upon information and belief, Lawrence F. Halpert, D.D.S. is a citizen of the State of Maryland. Further, it is asserted at ¶ 2 of the Complaint that Plaintiff, Lawrence F. Halpert, "is a Maryland licensed dentist who was the principal shareholder of two Maryland professional organization."

6. It is asserted at ¶ 5 of the Complaint that Defendant was, at the time of the filing of this action, a limited liability company incorporated under the laws of the State of Florida. Defendant further maintains its principal place of business in the State of Florida.

7. Upon information and belief, the amount in controversy in the instant action exceeds $75,000, exclusive of interest and costs. Specifically, the amount in controversy as asserted in Count One of the Complaint is Two Hundred Fifty Thousand Dollars ($250,000.00) and in Count Two of the Complaint is Two Hundred Fifty Thousand Dollars ($250,000.00).

8. In view of the foregoing, removal to the United States District Court for the District of Delaware is appropriate because diversity exists between Plaintiff and Defendant, the amount in controversy exceeds $75,000, exclusive of interest and costs, and this Notice of Removal is timely filed.

9. By removing this action to this Court, Defendant does not waive any defenses available to it.

10. Concurrently with this filing, Defendant is giving written notice of the filing of this Notice of Removal to the Clerk of the Superior Court of the State of Delaware for New Castle County and to Plaintiff, as required under 28 U.S.C. § 1446(d), by filing a Notice of Filing of Notice of Removal with the Superior Court of the State of Delaware for New Castle County, and serving a copy of the same upon all parties. Exhibit B is a true and correct copy of the Notice of Filing of Notice of Removal.

**WHEREFORE**, Defendants hereby give notice that this action is removed to the United States District Court for the District of Delaware, in accordance with the provisions of the United States Code.

Dated this 4th day of November, 2005.

Respectfully submitted,

_____
Michael F. Bonkowski (Bar No. 2219)
Chad J. Toms (Bar No. 4155)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: (302) 421-6800
Fax: (302) 421-6813

Harriet E, Cooperman
Devin J. Doolan, Jr.
SAUL EWING LLP
100 South Charles Street
Baltimore, Maryland 21201
Tel: (410) 332-8974
Fax: (410) 332-8973

Attorneys for Defendant, Dental Care Alliance, LLC