# EXHIBIT B

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| **LAWRENCE F. HALPERT, D.D.S.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 05C-08-223 RRC |
| **DENTAL CARE ALLIANCE, LLC,** | * | NON-ARBITRATION CASE |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Clerk, Superior Court for New Castle County

PLEASE TAKE NOTICE that on the 4th day of November, 2005, Dental Care Alliance, LLC, Defendant in the above-captioned action, filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Delaware. A copy of the Notice of Removal is attached hereto as Exhibit 1.

In accordance with 28 U.S.C. § 1446(d), this Notice, together with the Notice of Removal filed in the United States District Court for the District of Delaware, has effected a removal of this cause from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware. This cause "shall proceed no further unless and until this case is remanded." 28 U.S.C. § 1446(d).

Dated this 4th day of November, 2005.

Respectfully submitted,

_____
Michael F. Bonkowski (Bar No. 2219)
Chad J. Toms (Bar No. 4155)
SAUL EWING LLP

528989.1 11/4/05

222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Phone: (302) 421-6800
Fax: (302) 421-6813

Harriet E, Cooperman
Devin J. Doolan, Jr.
SAUL EWING LLP
100 South Charles Street
Baltimore, Maryland 21201
Tel: (410) 332-8974
Fax: (410) 332-8973

Attorneys for Defendant, Dental Care
 Alliance, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2005, a copy of the foregoing Notice of Filing of Notice of Removal was mailed first class, postage prepaid, to David L. Finger, Esq., Finger & Slanina, LLC, One Commerce Center, 1201 Orange Street, Suite 725, Wilmington, Delaware 19801-1155, Terry B. Blair, Esq., P.O. Box 65300, Mount Washington Station, Baltimore, Maryland 21209, and Daniel H. Scherr, Esq., 10715 Charter Drive, Suite 200, Columbia, Maryland 21044, counsel for Plaintiff, Lawrence F. Halpert, D.D.S.

_____
Chad J. Toms

528989.1 11/4/05