## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of November, 2005, a copy of the foregoing Notice of Removal under 28 U.S.C. § 1441(b) (Diversity) was mailed first class, postage prepaid, to David L. Finger, Esq., Finger & Slanina, LLC, One Commerce Center, 1201 Orange Street, Suite 725, Wilmington, Delaware 19801-1155, Terry B. Blair, P.O. Box 65300, Mount Washington Station, Baltimore, Maryland 21209, and Daniel H. Scherr, Esquire, 10715 Charter Drive, Suite 200, Columbia, Maryland 21044, counsel for Plaintiff, Lawrence F. Halpert D.D.S.

_____
Chad J. Toms

528990.1 11/4/05