## **CERTIFICATION OF ATTORNEY BEING ADMITTED**

Pursuant to Local Rule 83.5, I, Harriet E. Cooperman, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

                                                      **SAUL EWING LLP**

                                                      _____
                                                      Harriet E. Cooperman, Esquire
                                                      100 South Charles Street
                                                      Baltimore, MD  21201-2773
                                                      410-332-8974

Dated: November 7, 2005

529065.1 11/7/05