IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE F. HALPERT, D.D.S., | : |
| Plaintiff, | : |
| v. | : Case No. 1:05-cv-00765 |
| DENTAL CARE ALLIANCE, LLC | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Harriet E. Cooperman, Esquire is GRANTED.

DATED: _____, 2005

_____
**United States District Court Judge**

529065.1 11/7/05