## CERTIFICATE OF SERVICE

I, Chad J. Toms, counsel for Defendant, Dental Care Alliance, LLC, hereby certify that on the 8th day of November, 2005, I electronically filed the foregoing **Motion and Order for Admission *Pro Hac Vice* of Harriet E. Cooperman, Esquire** with the Clerk of Court using CM/ECF which will send notification of such filings to registered participants. I further certify that on the 8th day of November, 2005, I have mailed the document by U.S. First Class Mail to the following counsel:

>David L. Finger, Esquire
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE  19801-1155
>
>Terry B. Blair
>P.O. Box 65300
>Mount Washington Station
>Baltimore, MD  21209
>
>Daniel H. Scherr, Esquire
>10715 Charter Drive, Suite 200
>Columbia, MD  21044

>SAUL EWING LLP
>
>_____
>Chad J. Toms (No. 4155)
>222 Delaware Avenue
>Suite 1200
>P.O. Box 1266
>Wilmington, DE 19899-1266
>(302) 421-6895
>ctoms@saul.com
>
>Attorney for Defendant,
>Dental Care Alliance, LLC

529065.1 11/8/05