IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE F. HALPERT, D.D.S., | : |
| Plaintiff, | : |
| v. | : Case No. 1:05-cv-00765 |
| DENTAL CARE ALLIANCE, LLC | : |
| Defendant. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Chad J. Toms, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Devin J. Doolan, Jr., Esquire, of the law firm Saul Ewing LLP, 100 South Charles Street, Baltimore, Maryland 21201, in this action. Mr. Doolan is admitted, practicing, and in good standing in the Bar of the State of Maryland.

SAUL EWING LLP

_____
Chad J. Toms (No. 4155)
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6895
ctoms@saul.com

Attorney for Defendant,
Dental Care Alliance, LLC

Dated: November 8, 2005