## CERTIFICATE OF SERVICE

I, Chad J. Toms, counsel for Defendant, Dental Care Alliance, LLC, hereby certify that on the 8th day of November, 2005, I electronically filed the foregoing **Motion and Order for Admission *Pro Hac Vice* of Devin J. Doolan, Jr., Esquire** with the Clerk of Court using CM/ECF which will send notification of such filings to registered participants. I further certify that on the 8th day of November, 2005, I have mailed the document by U.S. First Class Mail to the following counsel:

    David L. Finger, Esquire
    Finger & Slanina, LLC
    One Commerce Center
    1201 Orange Street, Suite 725
    Wilmington, DE 19801-1155

    Terry B. Blair
    P.O. Box 65300
    Mount Washington Station
    Baltimore, MD 21209

    Daniel H. Scherr, Esquire
    10715 Charter Drive, Suite 200
    Columbia, MD 21044

                                      SAUL EWING LLP

                                      */s/ Chad J. Toms*
                                      Chad J. Toms (No. 4155)
                                      222 Delaware Avenue
                                      Suite 1200
                                      P.O. Box 1266
                                      Wilmington, DE 19899-1266
                                      (302) 421-6895
                                      ctoms@saul.com

                                      Attorney for Defendant,
                                      Dental Care Alliance, LLC