# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 21, 2005

David L. Finger, Esq.
Finger & Slanina, LLC
1201 Orange Street - #725
Wilmington, DE  19801

Chad J. Toms, Esq.
Saul Ewing LLP
222 Delaware Avenue - #1200
Wilmington, DE  19801

Re:  Lawrence F. Halpert v. Dental Care Alliance LLC
     Civil Action No. 05-765-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court