

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Chad J. Toms
Phone: (302) 421-6895
Fax:   (302) 421-5888
ctoms@saul.com
www.saul.com

December 7, 2005

**VIA CM/ECF**
**and HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Room 6325, Lockbox
Wilmington, DE 19801

  RE: *Lawrence F. Halpert, D.D.S. v. Dental Care Alliance, LLC*,
    Civil Action No. 1:05-cv-00765-KAJ

Dear Judge Jordan:

  Pursuant to the Court's previously entered Order for Scheduling Conference, enclosed please find a jointly submitted discovery plan for the above referenced action. The proposed Scheduling Order has been circulated to and approved by counsel for the Plaintiff and the Defendant.

  Counsel is available should Your Honor have any questions.

                Respectfully,

                Chad J. Toms
                (No. 4155)

Enclosure
cc: Clerk of the Court (via Hand Delivery, w/encl.)
   David L. Finger, Esquire (via CM/ECF)
   Harriet E. Cooperman, Esquire (via Interoffice Mail w/encl.)
   Devin J. Doolin, Esquire (via Interoffice Mail w/encl.)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE CHESTERBROOK HARRISBURG NEWARK PHILADELPHIA PRINCETON WASHINGTON WILMINGTON
530164.1 12/7/05 A DELAWARE LIMITED LIABILITY PARTNERSHIP