IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE F. HALPERT, D.D.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-765 KAJ |
| v. ) | |
| ) | |
| DENTAL CARE ALLIANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark J. Hardcastle Esq., to represent plaintiff Lawrence F. Halpert, D.D.S. in this matter. The admittee is admitted, practicing and in good standing in the jurisdiction indicated in their attached certification.

                                                                                                       Respectfully submitted,

                                                                                                       /s/ David L. Finger
                                                                                                        David L. Finger, (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for Interbay Funding, LLC

Dated: December 13, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

                                                                                                            Jordan, J.

Dated: _____

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 13th day of December, 2005, I electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Chad J. Toms, Esq.
>Saul Ewing LLP
>222 Delaware Avenue
>Wilmington, DE 19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE 19801-1155
>(302) 884-6766