## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

Date:   December 13, 2005

/s/ Mark J. Hardcastle
Mark J. Hardcastle
Suite 802
One Church Street
Rockville, Maryland 20850
(301) 251-0202 - phone
(301) 251-0894 - fax
mjhardcastle@gmail.com - e-mail