# FINGER & SLANINA, LLC
## ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

December 16, 2005

**VIA CM/ECF AND HAND DELIVERY**
The Hon. Kent A. Jordan
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Halpert v. Dental Care Alliance, LLC,* C.A. No. 05-00765 KAJ

Dear Judge Jordan:

During the conference call on this matter on December 13th, counsel indicated that we would file a Joint Stipulation of Dismissal by today. Yesterday, Ms. Cooperman and Mr. Hardcastle spoke with the chambers of The Hon. Richard D. Bennett in Baltimore and explained our plan. The secretary indicated that Judge Bennett would likely approve such but she suggested that we file an appropriate motion to amend both the scheduling order and the pleadings in the Maryland case. Ms. Cooperman is revising the order and Mr. Hardcastle is working on an amended pleading. The parties hope to be able to file these next week. In the interim, we would like to refrain from dismissing the action in this court until Judge Bennett acts on those motions. We will keep Your Honor apprised. The parties thank the Court for its cooperation and patience.

As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

Respectfully,



David L. Finger
(DE Bar ID #2556)

cc:  Clerk of the Court (via CM/ECF)
     Chad J. Toms, Esq. (via CM/ECF)