IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE F. HALPERT, D.D.S., | ) |
|               Plaintiff, | ) ) ) C.A. No. 05-765 KAJ |
|       v. | ) ) |
| DENTAL CARE ALLIANCE, LLC, | ) ) |
|             Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above-captioned action, by and through their undersigned counsel, hereby dismiss this action.

_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766

Attorney for plaintiff
Lawrence F. Halpert, D.D.S.

Dated: January 17, 2006

_____
Chad Toms, Esq. (DE Bar ID #4155)
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6895

Attorney for defendant
Dental Care Alliance, LLC

Dated: January 16, 2006